```
DAVID MCARTHUR KNOTTS              CFNA                              KLARNA
WENDY ANN KNOTTS                   ATTN: BANKRUPTCY                  PO BOX 8116
572 OLD PROGRESS RD                PO BOX 81315                      COLUMBUS, OH 43201
MOSELLE, MS 39459                  CLEVELAND, OH 44181


THOMAS C. ROLLINS, JR.             CITIZENS BANK                     LENDING CLUB
THE ROLLINS LAW FIRM, PLLC         814 MAIN ST                       71 STEVENSON ST
P.O. BOX 13767                     COLUMBIA, MS 39429                STE 300
JACKSON, MS 39236                                                    SAN FRANCISCO, CA 94105


ADVANCE AMEICA                     CITIZENS BANK                     LVNV FUNDIN
3910 HARDY ST                      24 PINE ST                        ATTN: BANKRUPTCY
STE 20                             SEBASTOPOL, MS 39359              PO BOX 10497
HATTIESBURG, MS 39401                                                GREENVILLE, SC 29603


AFFIRM, INC.                       CLIENT SERVICES INC               LVNV FUNDING
ATTN: BANKRUPTCY                   P.O. BOX 1503                     ATTN: BANKRUPTCY
650 CALIFORNIA ST                  SAINT PETERS, MO 63376-0027       PO BOX 10497
SAN FRANCISCO, CA 94108                                              GREENVILLE, SC 29603


AIDVANTAGE                         CMB FINANCIAL                     MARINER FINANCE
ATTN: BANKRUPTCY                   3720 HARDY ST. STE 19             ATTN: BANKRUPTCY
PO BOX 300001                      HATTIESBURG, MS 39402             8211 TOWN CENTER DRIVE
GREENVILLE, TX 75403                                                 NOTTINGHAM, MD 21236


AT&T                               COMENITY                          MERIT HEALTH WESLEY
PO BOX 5087                        PO BOX 182273                     5001 HARDY ST
CAROL STREAM, IL 60197-5087        COLUMBUS, OH 43218-2273           HATTIESBURG, MS 39402


CAPITAL ONE                        EMMA THADFORD                     MERRICK BANK CORP
ATTN: BANKRUPTCY                   25 HAYNES GRAY ROAD LO            PO BOX 9201
P.O. BOX 30285                     CARSON, MS 39427                  OLD BETHPAGE, NY 11804
SALT LAKE CITY, UT 84130


CAPITAL ONE AUTO                   FIRST PREMIER BANK                MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY                   3820 N LOUISE AVE                 ATTN: BANKRUPTCY
7933 PRESTON RD                    SIOUX FALLS, SD 57107             PO BOX 939069
PLANO, TX 75024                                                      SAN DIEGO, CA 92193


CAVALRY PORTFOLIO                  JACOB LAW GROUP                   MISSION LANE LLC
ATTN: BANKRUPTCY                   2623 WEST OXFORD LOOP             ATTN: BANKRUPTCY
1 AMERICAN LANE                    OXFORD, MS 38655                  P.O. BOX 105286
STE 220                                                              ATLANTA, GA 30348
GREENWICH, CT 06831
```

```
NATIONAL RECOVERY               SOUTH CENTRAL CLINICS
ATTN: BANKRUPTCY                P.O. BOX 1649
2491 PAXTON ST                  LAUREL, MS 39441
HARRISBURG, PA 17111


OKINUS, INC                     SOUTH CENTRAL REGIONAL
ATTN: BANKRUPTCY                P.O. BOX 607
147 W RAILROAD ST, S            LAUREL, MS 39441
PELHAM, GA 31779


ONEMAIN                         STRIDE BANK
PO BOX 1010                     P.O. BOX 3448
EVANSVILLE, IN 47706            ENID, OK 73702-3448


PORTFOLIO RECOVERY              SYNCHRONY BANK
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
120 CORPORATE BLVD              PO BOX 965060
NORFOLK, VA 23502               ORLANDO, FL 32896


PORTFOLIO RECOVERY              SYNCHRONY BANK
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
120 CORPORATE LVD               PO BOX 965065
NORFOLK, VA 23502               ORLANDO, FL 32896


POSSIBLE FINANCE                TARGET
PO BOX 98686                    PO BOX 9475
LAS VEGAS, NV 89193             MINNEAPOLIS, MN 55440


PROFESSIONAL ACCOUNT S          TOYOTA FINANCIAL
PO BOX 188                      ATTN: BANKRUPTCY
BRENTWOOD, TN 37024             PO BOX 259004
                                PLANO, TX 75025


RADIOLOGY ASSOCIATES            VELOCITY INVESTMENT
PO BOX 2427                     1800 NJ-34
LAUREL, MS 39442                #404A
                                WALL TOWNSHIP, NJ 07719


SEVENTH AVE                     WILKINSON LAW FIRM
ATTN: BANKRUPTCY                51 KEYWOOD CIRCLE
1112 7TH AVENUE                 FLOWOOD, MS 39232
MONROE, WI 53566
```