# United States Bankruptcy Court
## Southern District of Mississippi

In re  **David McArthur Knotts**
**Wendy Ann Knotts**

Case No.   **25-51084**

Debtor(s)

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **August 5, 2025**

**/s/ David McArthur Knotts**
**David McArthur Knotts**
Signature of Debtor

Date:  **August 5, 2025**

**/s/ Wendy Ann Knotts**
**Wendy Ann Knotts**
Signature of Debtor

```
DAVID MCARTHUR KNOTTS        CFNA                        KLARNA
WENDY ANN KNOTTS             ATTN: BANKRUPTCY            PO BOX 8116
572 OLD PROGRESS RD          PO BOX 81315               COLUMBUS, OH 43201
MOSELLE, MS 39459            CLEVELAND, OH 44181


THOMAS C. ROLLINS, JR.       CITIZENS BANK               LENDING CLUB
THE ROLLINS LAW FIRM, PLLC   814 MAIN ST                71 STEVENSON ST
P.O. BOX 13767               COLUMBIA, MS 39429         STE 300
JACKSON, MS 39236                                        SAN FRANCISCO, CA 94105


ADVANCE AMEICA               CITIZENS BANK               LVNV FUNDIN
3910 HARDY ST                24 PINE ST                 ATTN: BANKRUPTCY
STE 20                       SEBASTOPOL, MS 39359       PO BOX 10497
HATTIESBURG, MS 39401                                    GREENVILLE, SC 29603


AFFIRM, INC.                 CLIENT SERVICES INC         LVNV FUNDING
ATTN: BANKRUPTCY             P.O. BOX 1503              ATTN: BANKRUPTCY
650 CALIFORNIA ST            SAINT PETERS, MO 63376-0027 PO BOX 10497
SAN FRANCISCO, CA 94108                                  GREENVILLE, SC 29603


AIDVANTAGE                   CMB FINANCIAL               MARINER FINANCE
ATTN: BANKRUPTCY             3720 HARDY ST. STE 19      ATTN: BANKRUPTCY
PO BOX 300001                HATTIESBURG, MS 39402      8211 TOWN CENTER DRIVE
GREENVILLE, TX 75403                                     NOTTINGHAM, MD 21236


AT&T                         COMENITY                    MERIT HEALTH WESLEY
PO BOX 5087                  PO BOX 182273              5001 HARDY ST
CAROL STREAM, IL 60197-5087  COLUMBUS, OH 43218-2273    HATTIESBURG, MS 39402


CAPITAL ONE                  EMMA THADFORD               MERRICK BANK CORP
ATTN: BANKRUPTCY             25 HAYNES GRAY ROAD LO     PO BOX 9201
P.O. BOX 30285               CARSON, MS 39427           OLD BETHPAGE, NY 11804
SALT LAKE CITY, UT 84130


CAPITAL ONE AUTO             FIRST PREMIER BANK          MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY             3820 N LOUISE AVE          ATTN: BANKRUPTCY
7933 PRESTON RD              SIOUX FALLS, SD 57107      PO BOX 939069
PLANO, TX 75024                                         SAN DIEGO, CA 92193


CAVALRY PORTFOLIO            JACOB LAW GROUP             MISSION LANE LLC
ATTN: BANKRUPTCY             2623 WEST OXFORD LOOP      ATTN: BANKRUPTCY
1 AMERICAN LANE              OXFORD, MS 38655           P.O. BOX 105286
STE 220                                                 ATLANTA, GA 30348
GREENWICH, CT 06831
```

NATIONAL RECOVERY
ATTN: BANKRUPTCY
2491 PAXTON ST
HARRISBURG, PA 17111

SOUTH CENTRAL CLINICS
P.O. BOX 1649
LAUREL, MS 39441

OKINUS, INC
ATTN: BANKRUPTCY
147 W RAILROAD ST, S
PELHAM, GA 31779

SOUTH CENTRAL REGIONAL
P.O. BOX 607
LAUREL, MS 39441

ONEMAIN
PO BOX 1010
EVANSVILLE, IN 47706

STRIDE BANK
P.O. BOX 3448
ENID, OK 73702-3448

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE LVD
NORFOLK, VA 23502

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

POSSIBLE FINANCE
PO BOX 98686
LAS VEGAS, NV 89193

TARGET
PO BOX 9475
MINNEAPOLIS, MN 55440

PROFESSIONAL ACCOUNT S
PO BOX 188
BRENTWOOD, TN 37024

TOYOTA FINANCIAL
ATTN: BANKRUPTCY
PO BOX 259004
PLANO, TX 75025

RADIOLOGY ASSOCIATES
PO BOX 2427
LAUREL, MS 39442

VELOCITY INVESTMENT
1800 NJ-34
#404A
WALL TOWNSHIP, NJ 07719

SEVENTH AVE
ATTN: BANKRUPTCY
1112 7TH AVENUE
MONROE, WI 53566

WILKINSON LAW FIRM***
511 KEYWOOD CIRCLE
FLOWOOD, MS 39232