**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: **David McArthur Knotts, Wendy Ann Knotts**, Debtor(s)

Case No. **25-51084**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **August 11, 2025**  /s/ **David McArthur Knotts**
**David McArthur Knotts**
Signature of Debtor

Date: **August 11, 2025**  /s/ **Wendy Ann Knotts**
**Wendy Ann Knotts**
Signature of Debtor

```
DAVID MCARTHUR KNOTTS              CFNA                               JACOB LAW GROUP
WENDY ANN KNOTTS                   ATTN: BANKRUPTCY                   2623 WEST OXFORD LOOP
572 OLD PROGRESS RD                PO BOX 81315                       OXFORD, MS 38655
MOSELLE, MS 39459                  CLEVELAND, OH 44181


THOMAS C. ROLLINS, JR.             CITIZENS BANK                      KLARNA
THE ROLLINS LAW FIRM, PLLC         814 MAIN ST                        PO BOX 8116
P.O. BOX 13767                     COLUMBIA, MS 39429                 COLUMBUS, OH 43201
JACKSON, MS 39236


ADVANCE AMEICA                     CITIZENS BANK                      LENDING CLUB
3910 HARDY ST                      24 PINE ST                         71 STEVENSON ST
STE 20                             SEBASTOPOL, MS 39359               STE 300
HATTIESBURG, MS 39401                                                 SAN FRANCISCO, CA 94105


AFFIRM, INC.                       CLIENT SERVICES INC                LIFELINE ANESTHESIA***
ATTN: BANKRUPTCY                   P.O. BOX 1503                      3340 PLAYERS CLUB PKWY
650 CALIFORNIA ST                  SAINT PETERS, MO 63376-0027        350
SAN FRANCISCO, CA 94108                                               MEMPHIS, TN 38125


AIDVANTAGE                         CMB FINANCIAL                      LVNV FUNDIN
ATTN: BANKRUPTCY                   3720 HARDY ST. STE 19              ATTN: BANKRUPTCY
PO BOX 300001                      HATTIESBURG, MS 39402              PO BOX 10497
GREENVILLE, TX 75403                                                  GREENVILLE, SC 29603


AT&T                               COMENITY                           LVNV FUNDING
PO BOX 5087                        PO BOX 182273                      ATTN: BANKRUPTCY
CAROL STREAM, IL 60197-5087        COLUMBUS, OH 43218-2273            PO BOX 10497
                                                                      GREENVILLE, SC 29603


CAPITAL ONE                        EMMA THADFORD                      MARINER FINANCE
ATTN: BANKRUPTCY                   25 HAYNES GRAY ROAD LO             ATTN: BANKRUPTCY
P.O. BOX 30285                     CARSON, MS 39427                   8211 TOWN CENTER DRIVE
SALT LAKE CITY, UT 84130                                              NOTTINGHAM, MD 21236


CAPITAL ONE AUTO                   FIRST PREMIER BANK                 MERIT HEALTH WESLEY
ATTN: BANKRUPTCY                   3820 N LOUISE AVE                  5001 HARDY ST
7933 PRESTON RD                    SIOUX FALLS, SD 57107              HATTIESBURG, MS 39402
PLANO, TX 75024


CAVALRY PORTFOLIO                  GARRETT FRIDAY MCRI***             MERRICK BANK CORP
ATTN: BANKRUPTCY                   1205 OFFICE PARKS DR.              PO BOX 9201
1 AMERICAN LANE                    STE B                              OLD BETHPAGE, NY 11804
STE 220                            OXFORD, MS 38655
GREENWICH, CT 06831
```

```
MIDLAND CREDIT MGMT           RADIOLOGY ASSOCIATES          VELOCITY INVESTMENT
ATTN: BANKRUPTCY              PO BOX 2427                   1800 NJ-34
PO BOX 939069                 LAUREL, MS 39442              #404A
SAN DIEGO, CA 92193                                         WALL TOWNSHIP, NJ 07719


MISSION LANE LLC              SEVENTH AVE                   WILKINSON LAW FIRM
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY              511 KEYWOOD CIRCLE
P.O. BOX 105286               1112 7TH AVENUE               FLOWOOD, MS 39232
ATLANTA, GA 30348             MONROE, WI 53566


NATIONAL RECOVERY             SOUTH CENTRAL CLINICS
ATTN: BANKRUPTCY              P.O. BOX 1649
2491 PAXTON ST                LAUREL, MS 39441
HARRISBURG, PA 17111


OKINUS, INC                   SOUTH CENTRAL REGIONAL
ATTN: BANKRUPTCY              P.O. BOX 607
147 W RAILROAD ST, S          LAUREL, MS 39441
PELHAM, GA 31779


ONEMAIN                       STRIDE BANK
PO BOX 1010                   P.O. BOX 3448
EVANSVILLE, IN 47706          ENID, OK 73702-3448


PORTFOLIO RECOVERY            SYNCHRONY BANK
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
120 CORPORATE BLVD            PO BOX 965060
NORFOLK, VA 23502             ORLANDO, FL 32896


PORTFOLIO RECOVERY            SYNCHRONY BANK
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
120 CORPORATE LVD             PO BOX 965065
NORFOLK, VA 23502             ORLANDO, FL 32896


POSSIBLE FINANCE              TARGET
PO BOX 98686                  PO BOX 9475
LAS VEGAS, NV 89193           MINNEAPOLIS, MN 55440


PROFESSIONAL ACCOUNT S        TOYOTA FINANCIAL
PO BOX 188                    ATTN: BANKRUPTCY
BRENTWOOD, TN 37024           PO BOX 259004
                              PLANO, TX 75025
```