United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51084-KMS
David McArthur Knotts  Chapter 7
Wendy Ann Knotts
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Nov 20, 2025 | Form ID: 318 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David McArthur Knotts, Wendy Ann Knotts, 572 Old Progress Rd, Moselle, MS 39459-9726 |
| 5539068 | + | Advance Ameica, 3910 Hardy St, Ste 20, Hattiesburg, MS 39402-1500 |
| 5539077 | | Citizens Bank, 24 Pine St, Sebastopol, MS 39359 |
| 5539076 | + | Citizens Bank, 814 Main St, Columbia, MS 39429-2740 |
| 5539081 | + | Emma Thadford, 25 Haynes Gray Road lo, Carson, MS 39427-6319 |
| 5545891 | + | GARRETT FRIDAY MCRI, 1205 OFFICE PARKS DR., STE B, OXFORD, MS 38655-3546 |
| 5539089 | + | Merit Health Wesley, 5001 Hardy St, Hattiesburg, MS 39402-1308 |
| 5539100 | + | Radiology Associates, PO Box 2427, Laurel, MS 39442-2427 |
| 5539102 | + | South Central Clinics, P.O. Box 1649, Laurel, MS 39441-1649 |
| 5539103 | + | South Central Regional, P.O. Box 607, Laurel, MS 39441-0607 |
| 5539104 | | Stride Bank, P.O. Box 3448, Enid, OK 73702-3448 |
| 5539109 | | Velocity Investment, 1800 NJ-34, #404A, Wall Township, NJ 07719 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Nov 21 2025 00:28:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | EDI: AISACG.COM | Nov 21 2025 00:28:00 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Nov 21 2025 00:28:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: wrs@byrdwiser.com | Nov 20 2025 19:28:00 | Citizens Bank, c/o Robert Alan Byrd, PO Box 1939, Biloxi, MS 39533-1939 |
| 5539071 | | EDI: ATTWIREBK.COM | Nov 21 2025 00:28:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5539069 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 20 2025 19:30:02 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5539070 | + | EDI: MAXMSAIDV | Nov 21 2025 00:28:00 | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 5539075 | + | EDI: CRFRSTNA.COM | Nov 21 2025 00:28:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5539079 | | Email/Text: info@cmbfinancialservices.com | Nov 20 2025 19:28:00 | CMB Financial, 3720 Hardy St. Ste 19, Hattiesburg, MS 39402 |
| 5539072 | + | EDI: CAPITALONE.COM | Nov 21 2025 00:28:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: 318 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 5539073 | + | EDI: CAPONEAUTO.COM | Nov 21 2025 00:28:00 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5541699 | + | EDI: AISACG.COM | Nov 21 2025 00:28:00 | Capital One Auto Finance, a division of Capital One N.A. Dept., AIS Portfolio Services LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City OK 73118-7901 |
| 5539074 | + | Email/Text: bankruptcy@cavps.com | Nov 20 2025 19:28:00 | Cavalry Portfolio, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 5539078 | | Email/Text: mediamanagers@clientservices.com | Nov 20 2025 19:28:00 | Client Services Inc, P.O. Box 1503, Saint Peters, MO 63376-0027 |
| 5539080 | | EDI: WFNNB.COM | Nov 21 2025 00:28:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 5539082 | + | EDI: AMINFOFP.COM | Nov 21 2025 00:28:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5539083 | ^ | MEBN | Nov 20 2025 19:25:58 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 5539084 | | Email/Text: customerservice.us@klarna.com | Nov 20 2025 19:28:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5545630 | ^ | MEBN | Nov 20 2025 19:26:13 | LIFELINE ANESTHESIA, 3340 PLAYERS CLUB PKWY, 350, MEMPHIS, TN 38125-8949 |
| 5539085 | + | EDI: LENDNGCLUB | Nov 21 2025 00:28:00 | Lending Club, 71 Stevenson St, Ste 300, San Francisco, CA 94105-2985 |
| 5539086 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 19:30:07 | Lvnv Fundin, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5539087 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 19:30:06 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5539092 | | Email/Text: ml-ebn@missionlane.com | Nov 20 2025 19:28:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5539088 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 20 2025 19:28:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5539090 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 20 2025 19:30:07 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5539091 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2025 19:28:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5539093 | + | Email/Text: Bankruptcies@nragroup.com | Nov 20 2025 19:28:00 | National Recovery, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5539094 | + | Email/Text: ABENTLEY@OKINUS.COM | Nov 20 2025 19:28:00 | Okinus, Inc, Attn: Bankruptcy, 147 W Railroad St, S, Pelham, GA 31779-1631 |
| 5539095 | + | EDI: AGFINANCE.COM | Nov 21 2025 00:28:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5539096 | | EDI: PRA.COM | Nov 21 2025 00:28:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5539097 | | EDI: PRA.COM | Nov 21 2025 00:28:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate lvd, Norfolk, VA 23502 |
| 5539098 | | Email/Text: bankruptcy@possiblefinance.com | Nov 20 2025 19:28:00 | Possible Finance, Po Box 98686, Las Vegas, NV 89193 |
| 5539099 | + | Email/Text: pasi_bankruptcy@chs.net | Nov 20 2025 19:28:00 | Professional Account S, PO Box 188, Brentwood, TN 37024-0188 |
| 5539101 | + | EDI: CBS7AVE | Nov 21 2025 00:28:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5539105 | + | EDI: SYNC | Nov 21 2025 00:28:00 | Synchrony Bank, Attn: Bankruptcy, Po Box |

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: 318 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | 965060, Orlando, FL 32896-5060 |
| 5539106 | + | EDI: SYNC | Nov 21 2025 00:28:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5539107 | + | EDI: WTRRNBANK.COM | Nov 21 2025 00:28:00 | Target, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5539108 | ^ | MEBN | Nov 20 2025 19:25:30 | Toyota Financial, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 5539110 | | Email/Text: bk@wilkinsonlawms.com | Nov 20 2025 19:28:00 | Wilkinson Law Firm, 511 Keywood Circle, Flowood, MS 39232 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Robert Alan Byrd | on behalf of Creditor Citizens Bank rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Wendy Ann Knotts trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor David McArthur Knotts trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

| | | | |
|---|---|---|---|
| *Information to identify the case:* | | | |
| Debtor 1 | **David McArthur Knotts** | Social Security number or ITIN | **xxx–xx–8732** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Wendy Ann Knotts** | Social Security number or ITIN | **xxx–xx–5063** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   **25–51084–KMS** | | | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**David McArthur Knotts**                              **Wendy Ann Knotts**

Dated: 11/20/25                                         **By the court:**   /s/Katharine M. Samson
                                                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**